# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   15cv7487 |
| | ) | |
| JOSHUA T. SEARS and | ) | |
| M & M TRANSPORT SERVICES, INC., | ) | |
| a Massachusetts corporation | ) | |
| | ) | **Jury Demand** |
| Defendants. | ) | |

## COMPLAINT – PERSONAL INJURY (AUTOMOBILE)

Now Comes Plaintiff Michael Davis ("Plaintiff") by and through his attorney as and for his Complaint against Defendants Joshua T. Sears ("Sears") and M & M Transport Services, Inc. ("M&M") and alleges as follows:

## THE PARTIES

1. Plaintiff is a citizen and resident of the City of Chicago, Illinois.

2. Defendant M&M is a Massachusetts corporation with its principal place of business in Bridgewater Massachusetts and with an office at 7335 E. 30th Street, Indianapolis, Indiana 46219.

3. Defendant, Sears, is a citizen and resident of Knightstown, Indiana. At the time of the accident Sears resided at 6245 W Cascade Ave., Knights town, IN 46219.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over this civil action because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332.

5. This Court has personal jurisdiction over Defendants because the action is being initiated in the jurisdiction (Northern District of Illinois) where the event occurred.

6. Venue is proper in this district under 28 U.S.C. §1391(b)(2), because the events or omissions giving rise to the claim occurred in this district

## COMPLAINT

7. On August 30, 2013, Plaintiff was seriously injured when M & M's vehicle, a 2013 Mack Truck, Indiana plate number 328784, driven by Sears struck Plaintiff's vehicle, a 2005 Chevrolet Impala, from behind while Plaintiff's vehicle was at a complete stop on an expressway off-ramp at I-94 southbound at Niles Center Road, Skokie, Illinois, waiting for the light signal to change.

8. As a result of the collision, Plaintiff's vehicle was totaled and Plaintiff suffered serious personal injuries.

9. Plaintiff was transported to Skokie Hospital via a Village of Skokie Ambulance.

10. Plaintiff was diagnosed with an acute cervical strain, lumbar strain, contusion of right elbow, post-traumatic stress syndrome, loose body of right elbow, and head contusion.

11. As a result of Plaintiff's injuries not healing properly and persistent pain, Plaintiff sought out a second opinion from Dr. Mark Cohen of Midwest Orthopaedics at Rush.

12. Dr. Cohen recommended surgery to regain lost motion and relieve persistent pain. Plaintiff underwent the surgery and with the help of physical therapy has regained +90% of the movement in his arm.

13. Plaintiff has and will continue to suffer pain and loss of motion as a direct result of the injuries he sustained in the accident.

14. Thus far, Plaintiff has suffered special damages in excess of $50,000, consisting of ambulance fees, emergency room, physician, medication & equipment, surgery, lost wages, physical therapy and the like.

15. In addition to special damages, there are also general damages for past pain and suffering, future pain and suffering, emotional distress, and loss of motion.

16. Defendant Sears had a legal duty to operate the vehicle safely.

17. Sears breached his duty by negligently driving into Plaintiff's stopped vehicle.

18. As a result of Sears actions, Plaintiff has and will continue to suffer monetary loss, loss of physical movement, pain and emotional distress.

19. Sears action is the direct and proximate cause of Plaintiff's injuries.

20. For all times relevant here to, Plaintiff operated his vehicle in a safe manner and did not cause the accident or any portion thereof.

21. Sears is joint and severally liable to Plaintiff because he caused the injuries to Plaintiff by operating the vehicle in a negligent manner.

22. M & M is joint and severally liable to Plaintiff because Sears was acting in the scope of his employment at the time of the accident and because Sears was operating a vehicle owned or controlled by M & M.

23. Plaintiff demands a trial by jury.

**WHEREFORE**, your Plaintiff respectfully request that this Honorable Court enter judgment on his behalf and against the Defendants in an amount equal to at least three times the amount of special damages proven; reasonable attorney fees (if warranted) and other litigation

costs reasonably incurred; as well as such other preliminary and equitable relief as the court deems to be appropriate.

        Respectfully submitted:

        Michael Davis

        By:   s/ Martin J. Murphy
                    His Attorney

Martin J Murphy
Attorney for Plaintiff
1222 W. Arthur
Chicago, IL 60626
(312) 933-3200