UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   15cv7487 |
| | ) | |
| JOSHUA T. SEARS and | ) | |
| M & M TRANSPORT SERVICES, INC., | ) | |
| a Massachusetts corporation | ) | **Magistrate Judge:** |
| | ) | Geraldine Soat Brown |
| Defendants. | ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW COMES your Plaintiff Michael Davis, by and through his attorney, Martin J Murphy, and your Defendants, Joshua T. Sears and M&M Transport Service, Inc., by and through their attorney, and in support of this joint motion to dismiss state:

The parties have fully settled all claims by and between them. Therefore, they have agreed that this matter should be dismissed with prejudice. Each party is to pay their own costs and fees.

Respectfully submitted,
Michael Davis

Joshua T. Sears
M&M Transport Services, Inc.

By: /s/ Martin J. Murphy
His attorney

By: /s/Jason R. Zajicek
Their attorney

Martin J. Murphy
Law Office of Martin J. Murphy
1222 W. Arthur Ave.
Chicago, IL 60626
312-933-3200
mjm@law-murphy.com

Jason Zajicek
Maisel & Associates
161 N. Clark St., Suite 800
Chicago, IL 60601
312-458-6537
jzajicek@travelers.com

-2-

## CERTIFICATE OF SERVICE

    All of the parties are represented by counsel and will be served with a copy of this via the Court's CM/ECF system

<u>s/ Martin J. Murphy</u>
Attorney for Plaintiff